IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| MARK T. HAZELTON and | : | Case NO. 1:19-BK-01537 RNO |
| | : | Chapter 12 |
| SARAH R. HAZELTON, debtors | : | |
| _____ | : | |
| SPECTOR GADON ROSEN VINCI PC | : | |
| Plaintiff | : | Adv. Pro. No. 4:19-ap-00083 RNO |
| | : | Chapter 12 |
| | : | |
| v. | : | |
| MARK. T. HAZELTON and SARAH | ; | |
| R. HAZELTON, | : | |
| Defendants | : | |
| | : | |

## PRAECIPE TO WITHDRAW

Please withdraw the 4th Stipulation for Enlargement of Time filed today in the within case.

Respectfully submitted,

s/Mitchell A. Sommers
Mitchell A. Sommers, Esquire
Attorney for Movant
Attorney I.D. No. 38505
107 West Main Street
Ephrata, PA 17522

Date: November 21, 2019