IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Mark T. Hazelton d/b/a Hazel-Rod Farms | ) | Bankruptcy No. 4-19-01537-RNO |
| and Sarah R. Hazelton, | ) | |
|     Debtors. | ) | Chapter 12 |
| _____ | ) | |
| | ) | |
| CNH Industrial Capital America, | ) | |
| | ) | |
|     Movant, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| Mark T. Hazelton d/b/a Hazel-Rod Farms | ) | |
| and Sarah R. Hazelton, Debtors, and | ) | |
| William G. Schwab, Chapter 12 Trustee, | ) | |
| | ) | |
|     Respondents. | ) | |
| | ) | |

**CERTIFICATE OF CONCURRENCE**

On January 29, 2020, the Debtors' Counsel, Mitchell A. Sommers, Esq., advised counsel for Movant that the Debtors concur in the Praecipe to Withdraw the Motion for Relief from Stay filed at Docket No. 45 herein and the cancellation of the hearing on said Motion now scheduled for January 31, 2019.

                                                    /s/ David A. Scott
                                                  David A. Scott
                                                  PA ID 17387
                                                  LeClaire Griewahn & Scott LLC
                                                  835 Western Avenue
                                                  Pittsburgh, PA 15233
                                                  Tel.: 412-321-9303
                                                  scott@lg-law.com
                                                  (Attorneys for Movant)