```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 19-01537-RNO
Mark T. Hazelton
Sarah R. Hazelton                                              Chapter 12
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-4          User: AutoDocke             Page 1 of 2             Date Rcvd: Jan 27, 2020
                              Form ID: ntcnfhrg           Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
```
db/jdb         +Mark T. Hazelton,    Sarah R. Hazelton,    339 Seymour Hill Road,    Mansfield, PA 16933-8958
5184897       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
5206496        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5184899        +CNH Industrial Capital,    PO Box 71264,    Philadelphia, PA 19176-6264
5184900         CNH Industrial Retail Accounts,    PO Box 71264,    Philadelphia, PA 19176-6264
5184901         CNH Productivity,    PO Box 780004,    Phoenix, AZ 85062-8004
5184898        +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
5184902         Community LifeTeam Inc.,    White Rose Ambulance Services,    54 North Harrison Street,
                 York, PA 17403-1224
5184903        +Farm Service Agency,    50 Plaza Lane,    Wellsboro, PA 16901-1766
5200790        +Geisinger Health System,    100 North Academy Ave,    Danville, PA 17822-0001
5184904         Geisinger Holy Spirit,    PO Box 983034,    Boston, MA 02298-3034
5184906         Jackon Sieglebaum Gastro,    PO Box 45755,    Baltimore, MD 21297-5755
5213047        +Johan Ashrafzadeh-Kian,    1635 Market St., 7th Fl.,    Philadelphia, PA 19103-2223
5184907        +Johan Ashrafzadeh-Kian, Esquire,    1635 Market Street,    7th Floor,
                 Philadelphia, PA 19103-2223
5184908         John Deere Financial,    6400 NW 86th Street,    PO Box 6600,    Johnston, IA 50131-6600
5184909        +Joseph Orso,    339 Market Street,    Williamsport, PA 17701-6329
5184910         Keystone Collects,    PO Box 549,    Irwin, PA 15642-0549
5280737         Northwest Bank,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
5280736        +Northwest Bank,    100 Liberty Street,    Warren, PA 16365-2497
5198551        +Northwest Bank, f/k/a Northwest Savings Bank,     P.O. Box 337,    Warren, PA 16365-0337
5184911        +Northwest Savings Banks,    100 Liberty Street,    Warren, PA 16365-2497
5184913        +Paul Jackson,    8367 Old State Road,    Troy, PA 16947-9446
5219528        +Southern Tioga School District,    c/o Keystone Collections Group,    546 Wendel Road,
                 Irwin, PA 15642-7539
5184914        +Spector Gadon & Rosen, PC,    1635 Market Street, 7th Floor,    Philadelphia, PA 19103-2290
5213048        +Spector Gadon Rosen Vinci P.C.,    1635 Market St., 7th Fl.,    Philadelphia, PA 19103-2290
5219529        +Sullivan Township,    c/o Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
5184915        +USDA-NRCS,    50 Plaza Lane,    Wellsboro, PA 16901-1766
5184917        +WOC Energy,    44 Reuter Blvd.,    Towanda, PA 18848-2153
5184916         West Shore Anesthesia LTD,    PO Box 947,    Chambersburg, PA 17201-0947
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5184896         E-mail/Text: ally@ebn.phinsolutions.com Jan 27 2020 19:20:29      Ally Auto,   PO Box 9001951,
                 Louisville, KY 40290-1951
5207127         E-mail/Text: ally@ebn.phinsolutions.com Jan 27 2020 19:20:29      Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
5184905         E-mail/Text: prock31@frontiernet.net Jan 27 2020 19:20:26      H. Rockwell Son, Inc.,
                 430 Troy Street,    PO Box 197,   Canton, PA 17724
5196593        +E-mail/Text: BKRMailOps@weltman.com Jan 27 2020 19:21:18      John Deere Financial,
                 c/o Weltman, Weinberg & Reis Co. LPA,    P.O. Box 93784,    Cleveland, OH 44101-5784
5184912        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2020 19:21:14       PA Department of Revenue,
                 Bankruptcy Department,    PO Box 280946,   Harrisburg, PA 17128-0946
5187504         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2020 19:21:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
                                                                                               TOTAL: 6
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Northwest Bank,    100 Liberty Street,    Warren, PA 16365-2497
                                                                                TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2020 at the address(es) listed below:

    Angela Sheffler Abreu   on behalf of Creditor   Northwest Bank AAbreu@nwbcorp.com, Angela.Abreu@northwest.com

    Daniel J Dugan   on behalf of Plaintiff   Spector Gadon Rosen Vinci P.C. ddugan@lawsgr.com, nabrams@lawsgr.com

    David A Scott   on behalf of Creditor   CNH Industrial Capital America LLC scott@lg-law.com

    David William Raphael   on behalf of Creditor   Northwest Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com

    James Warmbrodt   on behalf of Creditor   United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com

    Mitchell A. Sommers   on behalf of Debtor 1 Mark T. Hazelton sommersesq@aol.com, kjober@dejazzd.com

    Mitchell A. Sommers   on behalf of Defendant Sarah R. Hazelton sommersesq@aol.com, kjober@dejazzd.com

    Mitchell A. Sommers   on behalf of Defendant Mark T. Hazelton sommersesq@aol.com, kjober@dejazzd.com

    Mitchell A. Sommers   on behalf of Debtor 2 Sarah R. Hazelton sommersesq@aol.com, kjober@dejazzd.com

    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

    William G Schwab   on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com, schwab@uslawcenter.com

    William G Schwab (Trustee)   schwab@uslawcenter.com, wschwab@iq7technology.com;ecf@uslawcenter.com

    TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Mark T. Hazelton,<br>dba Hazel−Rod Farms EIN 20−8370821, | Chapter | 12 |
| **Debtor 1** | Case No. | 4:19−bk−01537−RNO |
| Sarah R. Hazelton, | | |
| **Debtor 2** | | |

## Notice

The confirmation hearing has been rescheduled for both Debtors on the date indicated below.

A deadline of **February 19, 2020** has been set for objections to confirmation of the Amended Plan. Any objections to confirmation of the Amended Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street,<br>Williamsport, PA 17701 | Date: February 21, 2020<br>Time: 10:00 AM |

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 27, 2020 |

ntcnfhrg (03/18)