UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: )
)
MARK T. HAZELTON )
SARAH R. HAZELTON )
) CHAPTER 12
)
Debtor ) Case No.4-19-01537-RNO
)

**ANSWER TO US DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY'S OBJECTION TO DEBTOR'S FIRST AMENDED CHAPTER 12 PLAN**

Debtor's Counsel has reviewed the objection filed by the Trustee and those objections should be SUSTAINED. Debtor will file a 2nd Amended plan within 30 days.

Respectfully submitted:

s/Mitchell A. Sommers
Mitchell A. Sommers, Esquire, PC
Attorney ID No. 38505
107 W Main Street
Ephrata, PA 17522
717-733-6607
FX: 717-721-3422

Date: February 18, 2020