UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARK T. HAZELTON and | ) | CHAPTER 12 |
| SARAH R. HAZELTON | ) | |
| | ) | |
| Debtors | ) | Case No. 19-01537 RNO |
| | ) | |

## CERTIFICATE OF SERVICE

I, Mitchell A. Sommers, Esquire, P.C., hereby certify that I served a true and correct copy of the 2ND Amended Chapter 12 Plan to the above-captioned matter upon the persons and in the manner set forth below:

William G. Schwab, Esquire (VIA ECF)
811 Blakeslee Blvd Drive East
PO Box 56
Lehighton, PA 18235

Daniel J Dugan Esquire (VIA ECF)
Attorney for Spector Gadon Rosen Vinci PC
ddugan@lawsfr.com, nabrams@lawsgr.com

Angela Sheffler Abreu (VIA ECF)
On behalf of Northwest Bank
AAbreu@nwbcorp.com

David A Scott (VIA ECF)
on behalf of CNH Industrial Capital, LLC
scott@lg-law.com

James Warmbrodt (VIA ECF)
On behalf Farm Service Agency, U.S.
Dept of Agriculture
bkgroup@kmllawgroup.com

Respectfully Requested,

s/Mitchell A. Sommers
Mitchell A. Sommers, Esquire
Attorney for Debtors
Attorney I.D. No. 38505
107 W Main Street
Ephrata, PA 17522
717-733-6607

Date: June 3, 2020