IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :
 MARK T. HAZELTON and                        :    Case NO. 1:19-BK-01537 RNO
                                                  :    Chapter 12
SARAH R. HAZELTON, debtors                        :
_____                :

### STIPULATION AND ORDER

Now, this 5th day of August, 2020, this stipulation between Mitchell A. Sommers, Esquire and William Schwab, Trustee is as follows:

1. On April 12, 2019, Debtors filed the within Chapter 12 petition

2. Debtors retained the services of Mitchell A. Sommers, Esquire, who performed work for the benefit of the Debtors.

3. Debtors counsel should have filed an appointment as Counsel at the time of the filing of the petition and schedules, but, due to his error and his alone, that did not happen until July 6, 2020.

4. Debtors counsel, by agreement with the Chapter 12 trustee William Schwab, Esq agree that Debtors' Counsel is entitled to appointment in the matter only from July 6,2020 and not before.

WHEREFORE, Debtors counsel asks that the within Stipulation shall be entered as an order of Court.

  s/William Schwab

s/Mitchell A. Sommers

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
:
MARK T. HAZELTON and : Case NO. 1:19-BK-01537 RNO
: Chapter 12
SARAH R. HAZELTON, debtors :
_____ :

## **ORDER**

NOW this _____ day of _____ 2020, it is ordered that Mitchell A. Sommers, Esq. P.C. be appointed as counsel in the within matter effective July 6, 2020.

BY THE COURT:

_____
Bankruptcy Judge