IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sarah R. Hazelton<br>         Mark T. Hazelton dba Hazel-Rod Farms<br>                                    <u>Debtors</u> | CHAPTER 12 |
| United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture<br>                                    Movant<br>                vs. | NO. 19-01537 RNO |
| Sarah R. Hazelton<br>Mark T. Hazelton dba Hazel-Rod Farms<br>                                    <u>Debtors</u> | Nature of Proceeding: Motion for Relief |
| William G. Schwab, Esquire<br>                                    <u>Trustee</u> | |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

    Reason for the continuance: Motion for Relief resolution

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: September 17, 2020

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney for Movant
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322
Fax (215) 825-6406