# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sarah R. Hazelton<br>      Mark T. Hazelton dba Hazel-Rod Farms<br>                    Debtor(s) | CHAPTER 12 |
| United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture, its successors and/or assigns<br>                    Movant<br>    vs. | NO. 19-01537 RNO |
| Sarah R. Hazelton<br>Mark T. Hazelton dba Hazel-Rod Farms<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| William G. Schwab Esq.<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion for Relief of United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture, which was filed with the Court on or about **August 17, 2020 (Document 77)**.

                                                         Respectfully submitted,

                                                         **/s/ Rebecca A. Solarz, Esq.**
                                                         Rebecca A. Solarz, Esq.
                                                         KML Law Group, P.C.
                                                         BNY Mellon Independence Center
                                                         701 Market Street, Suite 5000
                                                         Philadelphia, PA 19106

October 14, 2020