United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01537-HWV |
| Mark T. Hazelton | Chapter 12 |
| Sarah R. Hazelton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2
Date Rcvd: Jul 22, 2021      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

**Recip ID**      **Recipient Name and Address**
aty      + Preston D. Jaquish, McGrath McCall P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue Pittsburgh, PA 15222-1225

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:

**Name**      **Email Address**

Angela Sheffler Abreu
     on behalf of Creditor Northwest Bank AAbreu@nwbcorp.com Angela.Abreu@northwest.com

Beth L Slaby
     on behalf of Creditor Northwest Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com

Daniel J Dugan
     on behalf of Plaintiff Spector Gadon Rosen Vinci P.C. ddugan@lawsgr.com nabrams@lawsgr.com

David A Scott
     on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com

David William Raphael
     on behalf of Creditor Northwest Bank raphaeld@fnb-corp.com

Eric James Filer
     on behalf of Trustee William G Schwab (Trustee) efiler@uslawcenter.com ecf@uslawcenter.com

James Warmbrodt
    on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com

Justin L McCall
    on behalf of Creditor Northwest Bank jmccall@lenderlaw.com kpenn@lenderlaw.com;pjaquish@lenderlaw.com

Mitchell A. Sommers
    on behalf of Defendant Sarah R. Hazelton sommersesq@aol.com kjober@dejazzd.com

Mitchell A. Sommers
    on behalf of Defendant Mark T. Hazelton sommersesq@aol.com kjober@dejazzd.com

Mitchell A. Sommers
    on behalf of Debtor 2 Sarah R. Hazelton sommersesq@aol.com kjober@dejazzd.com

Mitchell A. Sommers
    on behalf of Debtor 1 Mark T. Hazelton sommersesq@aol.com kjober@dejazzd.com

Rebecca Ann Solarz
    on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William G Schwab
    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com schwab@uslawcenter.com

William G Schwab (Trustee)
    schwab@uslawcenter.com ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com

TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Williamsport)

| | |
|---|---|
| IN RE: | * |
| | * |
| MARK T. HAZELTON and | * Case No. 4:19-bk-01537-HWV |
| SARAH R. HAZELTON, | * |
| | * Chapter 12 |
| Debtors. | * |
| | * Motion for Pro Hac Vice Admission |
| ************************************ | * |

## ORDER OF COURT

Upon consideration of the Motion for *Pro Hac Vice* Admission filed on behalf of Preston D. Jaquish, Esquire, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is **GRANTED** and that Preston D. Jaquish, Esquire is admitted to appear *pro hac vice* for Northwest Bank in the above-captioned case.

Dated: July 19, 2021

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (CD)