In the United States Bankruptcy Court
for the Middle District of Pennsylvania

In Re Mark Hazelton                                     Re: 19-1537

Status Report

Through September of 2021, the Bank will have been owed a total of $13,203.75, but paid only $8,331.73, leaving a deficiency of $4,872.02.

The Trustee will issue the two checks in the amounts of $2,806.24 and $878.28, it would bring the Bank's deficiency down to $1,188.50, which is a little less than the total monthly payments owed to the Bank.

The deficiency of the Debtor remains unresolved at this time.

Sept. 13, 2021                                          /s/ William G. Schwab