UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: MARK T. HAZELTON and | : | Chapter 7 |
| SARAH R. HAZELTON, | : | |
| Debtors. | : | Case No. 4:19-01537-MJC |

## PRAECIPE TO WITHDRAW FINAL APPLICATION FOR COMPENSATION AND EXPENSES TO ATTORNEY FOR TRUSTEE, NOTICE AND CERTIFICATE OF SERVICE

TO THE CLERK OF THE MIDDLE DISTRICT OF PENNSYLVANIA:

Kindly withdraw the Final Application for Compensation and Expenses to Attorney for the Trustee and the Notice and Certificate of Service (docket nos. 118 and 119) as they were filed incorrectly in the wrong case.

Dated: 11/17/2021

FILER & SCHWAB:

/s/: William G. Schwab
**WILLIAM G. SCHWAB, ESQUIRE**
Attorney for the Trustee
Attorney ID #23081
811 Blakeslee Boulevard Drive East
PO Box 56, Lehighton, PA 18235
(610) 377-5200, (610) 377-5209 (FAX)