United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Mark T. Hazelton  
Sarah R. Hazelton  
    Debtors

Case No. 19-01537-MJC

Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 02, 2022      Form ID: blank001      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark T. Hazelton, Sarah R. Hazelton, 339 Seymour Hill Road, Mansfield, PA 16933-8958 |
| aty | + | Eric Filer, William G Schwab and Associates, 811 Blakeslee Blvd Drive East, PO Box 56, Lehighton, PA 18235-0056 |
| aty | + | Preston D. Jaquish, McGrath McCall P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue Pittsburgh, PA 15222-1225 |
| 5184897 | + | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5206496 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5184899 | + | CNH Industrial Capital, PO Box 71264, Philadelphia, PA 19176-6264 |
| 5184900 | | CNH Industrial Retail Accounts, PO Box 71264, Philadelphia, PA 19176-6264 |
| 5184901 | | CNH Productivity, PO Box 780004, Phoenix, AZ 85062-8004 |
| 5184902 | | Community LifeTeam Inc., White Rose Ambulance Services, 54 North Harrison Street, York, PA 17403-1224 |
| 5184903 | + | Farm Service Agency, 50 Plaza Lane, Wellsboro, PA 16901-1766 |
| 5200790 | + | Geisinger Health System, 100 North Academy Ave, Danville, PA 17822-0001 |
| 5184904 | | Geisinger Holy Spirit, PO Box 983034, Boston, MA 02298-3034 |
| 5184906 | | Jackon Sieglebaum Gastro, PO Box 45755, Baltimore, MD 21297-5755 |
| 5213047 | + | Johan Ashrafzadeh-Kian, 1635 Market St., 7th Fl., Philadelphia, PA 19103-2223 |
| 5184907 | + | Johan Ashrafzadeh-Kian, Esquire, 1635 Market Street, 7th Floor, Philadelphia, PA 19103-2223 |
| 5184909 | + | Joseph Orso, 339 Market Street, Williamsport, PA 17701-6329 |
| 5184910 | | Keystone Collects, PO Box 549, Irwin, PA 15642-0549 |
| 5280737 | | Northwest Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 5198551 | + | Northwest Bank, f/k/a Northwest Savings Bank, P.O. Box 337, Warren, PA 16365-0337 |
| 5184911 | + | Northwest Savings Banks, 100 Liberty Street, Warren, PA 16365-2497 |
| 5184913 | + | Paul Jackson, 8367 Old State Road, Troy, PA 16947-9446 |
| 5219528 | + | Southern Tioga School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5184914 | + | Spector Gadon & Rosen, PC, 1635 Market Street, 7th Floor, Philadelphia, PA 19103-2290 |
| 5213048 | + | Spector Gadon Rosen Vinci P.C., 1635 Market St., 7th Fl., Philadelphia, PA 19103-2290 |
| 5219529 | + | Sullivan Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5184915 | + | USDA-NRCS, 50 Plaza Lane, Wellsboro, PA 16901-1766 |
| 5184917 | + | WOC Energy, 44 Reuter Blvd., Towanda, PA 18848-2153 |
| 5184916 | | West Shore Anesthesia LTD, PO Box 947, Chambersburg, PA 17201-0947 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5184896 | | Email/Text: ally@ebn.phinsolutions.com | Feb 02 2022 18:57:00 | Ally Auto, PO Box 9001951, Louisville, KY 40290-1951 |
| 5207127 | | Email/Text: ally@ebn.phinsolutions.com | Feb 02 2022 18:57:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5184908 | | Email/Text: litbkcourtmail@johndeere.com | Feb 02 2022 18:57:00 | John Deere Financial, 6400 NW 86th Street, PO Box 6600, Johnston, IA 50131-6600 |
| 5184905 | | Email/Text: prock31@frontiernet.net | Feb 02 2022 18:57:00 | H. Rockwell Son, Inc., 430 Troy Street, PO Box 197, Canton, PA 17724 |
| 5184898 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 02 2022 19:04:58 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 5196593 | + | Email/Text: BKRMailOps@weltman.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 02 2022 18:57:00 | John Deere Financial, c/o Weltman, Weinberg & Reis Co. LPA, P.O. Box 93784, Cleveland, OH 44101-5784 |
| 5280736 | + | Email/Text: angela.abreu@northwest.com | Feb 02 2022 18:57:00 | Northwest Bank, 100 Liberty Street, Warren, PA 16365-2497 |
| 5305813 | + | Email/Text: angela.abreu@northwest.com | Feb 02 2022 18:57:00 | Northwest Bank, c/o Elizabeth L. Slaby, Esquire, 100 Liberty Street, Warren, PA 16365-2497 |
| 5184912 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2022 18:57:00 | PA Department of Revenue, Bankruptcy Department, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5187504 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2022 18:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Northwest Bank, 100 Liberty Street, Warren, PA 16365-2497 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2022          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank AAbreu@nwbcorp.com  Angela.Abreu@northwest.com |
| Beth L Slaby | on behalf of Creditor Northwest Bank bslaby@grenenbirsic.com  mcupec@grenenbirsic.com |
| Daniel J Dugan | on behalf of Plaintiff Spector Gadon Rosen Vinci P.C. ddugan@lawsgr.com  nabrams@lawsgr.com |
| David A Scott | on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com |
| David William Raphael | on behalf of Creditor Northwest Bank raphaeld@fnb-corp.com |
| Eric James Filer | on behalf of Attorney Eric Filer efiler@uslawcenter.com  ecf@uslawcenter.com |
| Eric James Filer | on behalf of Former Trustee William G Schwab (Trustee) efiler@uslawcenter.com  ecf@uslawcenter.com |

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com |
| Justin L McCall | on behalf of Creditor Northwest Bank jmccall@lenderlaw.com kpenn@lenderlaw.com;pjaquish@lenderlaw.com |
| Kara Katherine Gendron (Trustee) | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Mitchell A. Sommers | on behalf of Debtor 1 Mark T. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| Mitchell A. Sommers | on behalf of Defendant Sarah R. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| Mitchell A. Sommers | on behalf of Defendant Mark T. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| Mitchell A. Sommers | on behalf of Debtor 2 Sarah R. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| Rebecca Ann Solarz | on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William G Schwab | on behalf of Former Trustee William G Schwab (Trustee) ECF@uslawcenter.com schwab@uslawcenter.com |
| William G Schwab (Trustee) | schwab@uslawcenter.com ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com |

TOTAL: 18

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

| | | |
|---|---|---|
| Mark T. Hazelton,<br>dba Hazel−Rod Farms EIN 20−8370821, | Chapter | 12 |
| **Debtor 1** | Case No. | 4:19−bk−01537−MJC |
| Sarah R. Hazelton, | | |
| **Debtor 2** | | |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Please be advised that Kara Gendron has been appointed as the new Trustee in this pending bankruptcy case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 2, 2022 |

BLANK001 05/2018