United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01537-MJC |
| Mark T. Hazelton | Chapter 12 |
| Sarah R. Hazelton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 16, 2022 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Eric Filer, William G Schwab and Associates, 811 Blakeslee Blvd Drive East, PO Box 56, Lehighton, PA 18235-0056 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022                   Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank AAbreu@nwbcorp.com Angela.Abreu@northwest.com |
| Beth L Slaby | on behalf of Creditor Northwest Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com |
| Daniel J Dugan | on behalf of Plaintiff Spector Gadon Rosen Vinci P.C. ddugan@lawsgr.com nabrams@lawsgr.com |
| David A Scott | on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com |
| David William Raphael | on behalf of Creditor Northwest Bank raphaeld@fnb-corp.com |
| Eric James Filer | |

| | |
| --- | --- |
| | on behalf of Attorney Eric Filer efiler@uslawcenter.com ecf@uslawcenter.com |
| James Warmbrodt | |
| | on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com |
| Justin L McCall | |
| | on behalf of Creditor Northwest Bank jmccall@lenderlaw.com kpenn@lenderlaw.com;pjaquish@lenderlaw.com |
| Kara Katherine Gendron (Trustee) | |
| | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Mitchell A. Sommers | |
| | on behalf of Defendant Mark T. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| Mitchell A. Sommers | |
| | on behalf of Debtor 2 Sarah R. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| Mitchell A. Sommers | |
| | on behalf of Debtor 1 Mark T. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| Mitchell A. Sommers | |
| | on behalf of Defendant Sarah R. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Mark T. Hazelton | | | |
|---|---|---|---|
| | Debtor 1 | Chapter: | 12 |
| Sarah R. Hazelton | | Case No.: | 4:19-bk-01537-MJC |
| | Debtor 2 | | |
| Northwest Bank | | | |
| vs. | | Document No.: | 129 |
| Mark T. Hazelton and Sarah R. Hazelton | | Nature of Proceeding: | Motion for Relief from Stay |

### ORDER APPROVING WITHDRAWAL

IT APPEARING that an answer or objection has been filed regarding this matter, **IT IS HEREBY**

**ORDERED** that the Withdrawal filed March 11, 2022 regarding Motion for Relief from Automatic Stay is **APPROVED** and the Motion for Relief from Automatic Stay filed on June 11, 2021 is deemed withdrawn without prejudice.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 16, 2022