# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sarah R. Hazelton<br>Mark T. Hazelton dba Hazel-Rod Farms<br>Debtor(s) | CHAPTER 12 |
| United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture<br>Moving Party<br>vs. | NO. 19-01537 MJC |
| Sarah R. Hazelton<br>Mark T. Hazelton dba Hazel-Rod Farms<br>Debtor(s)<br>Kara Katherine Gendron<br>Trustee | Nature of Proceeding: Motion to Confirm Rejection of the USDA-NRCS EQIP Contract |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties).

Reason for the continuance; <u>The attorney handling the case left our firm and I need additional time to proceed with matter. Additionally, the parties has been discussing new ways the matter may be resolved and we would like additional time to explore whether any of those options are feasible. The parties request a 30-day continuance.</u>

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 6, 2022

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorney for Moving Party
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322
Fax (215) 825-6406