# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sarah R. Hazelton<br>Mark T. Hazelton dba Hazel-Rod Farms<br>Debtor(s) | CHAPTER 12 |
| United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture<br>Moving Party<br>vs.<br>Sarah R. Hazelton<br>Mark T. Hazelton dba Hazel-Rod Farms<br>Debtor(s)<br>Kara Katherine Gendron<br>Trustee | NO. 19-01537 MJC |

**REVISED CERTIFICATE OF CONCURRENCE**

Debtor(s) and the Chapter 12 Trustee have concurred with the request for relief in this Motion.

Respectfully submitted,

**/s/ Brian C. Nicholas, Esquire**
Brian C. Nicholas, Esquire
Attorneys for Movant/Applicant