# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 12 |
| | : | |
| Mark T. Hazelton, | : | Case No. 4:19-01537-MJC |
| Sarah R. Hazelton, | : | |
| | : | |
| Debtors. | : | |

## ORDER (I) DIRECTING DEBTORS TO SEEK ALTERNATE LEGAL COUNSEL AND (II) CONTINUING HEARING ON MOTION TO CONFIRM REJECTION OF USDA-NRCS EQUIP CONTRACT

**AND NOW**, after a telephonic status conference held on May 24, 2023, it is hereby **ORDERED** that:

1. Due to Debtors' Counsel's health concerns, Debtors are directed to seek alternate legal counsel within thirty (30) days of the entry of this Order.

2. The hearing on the Natural Resources Conservation Service/U.S. Department of Agriculture's Motion to Confirm Rejection of the USDA-NRCS EQIP Contract, Dkt. # 132, currently scheduled for May 25, 2023 at 10:00 a.m. is **CONTINUED** to **Thursday, July 27, 2023 at 2:00 p.m.** in the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, PA 18701.

3. **No further continuances will be granted without a showing of extraordinary circumstances.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 25, 2023