United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 19-01537-MJC

Mark T. Hazelton                                                               Chapter 12

Sarah R. Hazelton

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4                                 User: AutoDocke                                 Page 1 of 2

Date Rcvd: May 25, 2023                          Form ID: pdf010                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol           Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

**Recip ID                Recipient Name and Address**

       +  Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 500, Philadelphia, PA 19106-1541

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank angela.abreu@northwest.com  Angela.Abreu@northwest.com |
| Beth L Slaby | on behalf of Creditor Northwest Bank bslaby@grenenbirsic.com  mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor United States of America  acting through the Farm Service Agency, U.S. Department of Agriculture bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor United States of America  Natural Resources Conservation Service, U.S. Department of Agriculture bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel J Dugan | on behalf of Plaintiff Spector Gadon Rosen Vinci P.C. ddugan@sgrvlaw.com  nabrams@lawsgr.com |

David A Scott
　　　　　on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com

David William Raphael
　　　　　on behalf of Creditor Northwest Bank raphaeld@fnb-corp.com

Eric James Filer
　　　　　on behalf of Attorney Eric Filer efiler@uslawcenter.com ecf@uslawcenter.com

James Warmbrodt
　　　　　on behalf of Creditor United States of America  acting through the Farm Service Agency, U.S. Department of Agriculture
bkgroup@kmllawgroup.com

Justin L McCall
　　　　　on behalf of Creditor Northwest Bank jmccall@lenderlaw.com  kpenn@lenderlaw.com;pjaquish@lenderlaw.com

Kara Katherine Gendron
　　　　　karagendrontrustee@gmail.com  PA89@ecfcbis.com,trusteenoticesbox@gmail.com

Mitchell A. Sommers
　　　　　on behalf of Defendant Sarah R. Hazelton sommersesq@aol.com  kjober@dejazzd.com

Mitchell A. Sommers
　　　　　on behalf of Defendant Mark T. Hazelton sommersesq@aol.com  kjober@dejazzd.com

Mitchell A. Sommers
　　　　　on behalf of Debtor 2 Sarah R. Hazelton sommersesq@aol.com  kjober@dejazzd.com

Mitchell A. Sommers
　　　　　on behalf of Debtor 1 Mark T. Hazelton sommersesq@aol.com  kjober@dejazzd.com

United States Trustee
　　　　　ustpregion03.ha.ecf@usdoj.gov


TOTAL: 16

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 12** |
| | : | |
| **Mark T. Hazelton,** | : | **Case No. 4:19-01537-MJC** |
| **Sarah R. Hazelton,** | : | |
| | : | |
| **Debtors.** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER (I) DIRECTING DEBTORS TO SEEK ALTERNATE LEGAL COUNSEL AND (II) CONTINUING HEARING ON MOTION TO CONFIRM REJECTION OF USDA-NRCS EQUIP CONTRACT

**AND NOW,** after a telephonic status conference held on May 24, 2023, it is hereby

**ORDERED** that:

1. Due to Debtors' Counsel's health concerns, Debtors are directed to seek alternate legal counsel within thirty (30) days of the entry of this Order.

2. The hearing on the Natural Resources Conservation Service/U.S. Department of Agriculture's Motion to Confirm Rejection of the USDA-NRCS EQIP Contract, Dkt. # 132, currently scheduled for May 25, 2023 at 10:00 a.m. is **CONTINUED** to **Thursday, July 27, 2023 at 2:00 p.m.** in the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, PA 18701.

3. **No further continuances will be granted without a showing of extraordinary circumstances.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 25, 2023