UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 12 |
| | : | |
| Mark T. Hazelton, | : | Case No. 4:19-01537-MJC |
| Sarah R. Hazelton, | : | |
| | : | |
| Debtors. | : | |

**AMENDED ORDER (I) DIRECTING DEBTORS TO SEEK ALTERNATE LEGAL COUNSEL AND (II) CONTINUING HEARING ON MOTION TO CONFIRM REJECTION OF USDA-NRCS EQIP CONTRACT**

**AND NOW**, it appearing that Debtors may not have received the Court's Order dated May 25, 2023 attached hereto, it is hereby **ORDERED** that:

1. Due to Debtors' Counsel's health concerns, Debtors are directed to seek alternate legal counsel within **thirty (30) days** of the entry of this Amended Order.

2. The hearing on the Natural Resources Conservation Service/U.S. Department of Agriculture's Motion to Confirm Rejection of the USDA-NRCS EQIP Contract, Dkt. # 132, currently scheduled for July 27, 2023 at 2:00 p.m. is **CONTINUED** to **Thursday, August 24, 2023 at 10:00 a.m.** in the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, PA 18701.

3. The Bankruptcy Court Clerk is directed to serve this Order on the Debtors individually, the Trustee, Mitchell A. Sommers, Esq. and Brian Nicholas, Esq.

4. **No further continuances will be granted without a showing of extraordinary circumstances.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 12, 2023

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 12 |
| | : | |
| Mark T. Hazelton, | : | Case No. 4:19-01537-MJC |
| Sarah R. Hazelton, | : | |
| | : | |
| Debtors. | : | |

## ORDER (I) DIRECTING DEBTORS TO SEEK ALTERNATE LEGAL COUNSEL AND (II) CONTINUING HEARING ON MOTION TO CONFIRM REJECTION OF USDA-NRCS EQUIP CONTRACT

**AND NOW**, after a telephonic status conference held on May 24, 2023, it is hereby **ORDERED** that:

1. Due to Debtors' Counsel's health concerns, Debtors are directed to seek alternate legal counsel within thirty (30) days of the entry of this Order.

2. The hearing on the Natural Resources Conservation Service/U.S. Department of Agriculture's Motion to Confirm Rejection of the USDA-NRCS EQIP Contract, Dkt. # 132, currently scheduled for May 25, 2023 at 10:00 a.m. is **CONTINUED** to **Thursday, July 27, 2023 at 2:00 p.m.** in the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, PA 18701.

3. **No further continuances will be granted without a showing of extraordinary circumstances.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 25, 2023