United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01537-MJC |
| Mark T. Hazelton | Chapter 12 |
| Sarah R. Hazelton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2
Date Rcvd: Jul 12, 2023     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark T. Hazelton, Sarah R. Hazelton, 339 Seymour Hill Road, Mansfield, PA 16933-8958 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank angela.abreu@northwest.com Angela.Abreu@northwest.com |
| Beth L Slaby | on behalf of Creditor Northwest Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor United States of America Natural Resources Conservation Service, U.S. Department of Agriculture bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel J Dugan | on behalf of Plaintiff Spector Gadon Rosen Vinci P.C. ddugan@sgrvlaw.com nabrams@lawsgr.com |

David A Scott
    on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com

David William Raphael
    on behalf of Creditor Northwest Bank raphaeld@fnb-corp.com

Eric James Filer
    on behalf of Attorney Eric Filer efiler@uslawcenter.com ecf@uslawcenter.com

James Warmbrodt
    on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com

Justin L McCall
    on behalf of Creditor Northwest Bank jmccall@lenderlaw.com kpenn@lenderlaw.com;pjaquish@lenderlaw.com

Kara Katherine Gendron
    karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com

Mitchell A. Sommers
    on behalf of Defendant Sarah R. Hazelton sommersesq@aol.com kjober@dejazzd.com

Mitchell A. Sommers
    on behalf of Defendant Mark T. Hazelton sommersesq@aol.com kjober@dejazzd.com

Mitchell A. Sommers
    on behalf of Debtor 2 Sarah R. Hazelton sommersesq@aol.com kjober@dejazzd.com

Mitchell A. Sommers
    on behalf of Debtor 1 Mark T. Hazelton sommersesq@aol.com kjober@dejazzd.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 16

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 12 |
| | : | |
| Mark T. Hazelton, | : | Case No. 4:19-01537-MJC |
| Sarah R. Hazelton, | : | |
| | : | |
| Debtors. | : | |

**AMENDED ORDER (I) DIRECTING DEBTORS TO SEEK ALTERNATE LEGAL COUNSEL AND (II) CONTINUING HEARING ON MOTION TO CONFIRM REJECTION OF USDA-NRCS EQIP CONTRACT**

**AND NOW**, it appearing that Debtors may not have received the Court's Order dated May 25, 2023 attached hereto, it is hereby **ORDERED** that:

1. Due to Debtors' Counsel's health concerns, Debtors are directed to seek alternate legal counsel within **thirty (30) days** of the entry of this Amended Order.

2. The hearing on the Natural Resources Conservation Service/U.S. Department of Agriculture's Motion to Confirm Rejection of the USDA-NRCS EQIP Contract, Dkt. # 132, currently scheduled for July 27, 2023 at 2:00 p.m. is **CONTINUED** to **Thursday, August 24, 2023 at 10:00 a.m.** in the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, PA 18701.

3. The Bankruptcy Court Clerk is directed to serve this Order on the Debtors individually, the Trustee, Mitchell A. Sommers, Esq. and Brian Nicholas, Esq.

4. **No further continuances will be granted without a showing of extraordinary circumstances.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 12, 2023

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 12 |
| | : | |
| Mark T. Hazelton, | : | Case No. 4:19-01537-MJC |
| Sarah R. Hazelton, | : | |
| | : | |
| Debtors. | : | |

## ORDER (I) DIRECTING DEBTORS TO SEEK ALTERNATE LEGAL COUNSEL AND (II) CONTINUING HEARING ON MOTION TO CONFIRM REJECTION OF USDA-NRCS EQUIP CONTRACT

**AND NOW**, after a telephonic status conference held on May 24, 2023, it is hereby **ORDERED** that:

1. Due to Debtors' Counsel's health concerns, Debtors are directed to seek alternate legal counsel within thirty (30) days of the entry of this Order.

2. The hearing on the Natural Resources Conservation Service/U.S. Department of Agriculture's Motion to Confirm Rejection of the USDA-NRCS EQIP Contract, Dkt. # 132, currently scheduled for May 25, 2023 at 10:00 a.m. is **CONTINUED** to **Thursday, July 27, 2023 at 2:00 p.m.** in the United States Bankruptcy Court, Max Rosenn U.S. Courthouse, Courtroom 2, 197 South Main Street, Wilkes-Barre, PA 18701.

3. **No further continuances will be granted without a showing of extraordinary circumstances.**

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 25, 2023