IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: MARK T HAZELTON and SARAH R HAZELTON, <br>     Debtor | Case No. 4:19−bk−01537−MJC <br><br> Chapter 12 |

## SUBSTITUTION OF APPEARANCE

Pursuant to Federal Rules of Bankruptcy Procedure 9007 and 9010(b), please enter my appearance on behalf of the Debtors, Mark T. Hazelton and Sarah R. Hazelton, in this matter.

I respectfully request that all further notices or other papers in this matter be submitted to counsel through my ECF account of record, and that mailed notices be provided at the address below.

Date:  August 23, 2023　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/Justin P. Schantz
　　　　　　　　　　　　　　　　　　　　　　　　Justin P. Schantz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　PA.I.D.No. 210198
　　　　　　　　　　　　　　　　　　　　　　　　David A. Colecchia and Associates
　　　　　　　　　　　　　　　　　　　　　　　　324 South Maple Ave.
　　　　　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601
　　　　　　　　　　　　　　　　　　　　　　　　(724)-837-2320
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (724)-837-0602
　　　　　　　　　　　　　　　　　　　　　　　　jschantz@my-lawyers.us

Please withdraw my appearance on behalf of the Debtors, Mark T. Hazelton and Sarah R. Hazelton, in this matter.

Date:  August 23, 2023　　　　　　　　　　　　　　/s/ Mitchell A. Sommers, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Mitchell A. Sommers, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　51 Toll Gate Station
　　　　　　　　　　　　　　　　　　　　　　　　Lancaster, PA 17601