United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01537-MJC |
| Mark T. Hazelton | Chapter 12 |
| Sarah R. Hazelton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 01, 2023      Form ID: nthrgreq      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark T. Hazelton, Sarah R. Hazelton, 339 Seymour Hill Road, Mansfield, PA 16933-8958 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:

**Name**      **Email Address**

Angela Sheffler Abreu
     on behalf of Creditor Northwest Bank angela.abreu@northwest.com Angela.Abreu@northwest.com

Beth L Slaby
     on behalf of Creditor Northwest Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com

Brian Nicholas
     on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bnicholas@kmllawgroup.com

Brian C Nicholas
     on behalf of Creditor United States of America Natural Resources Conservation Service, U.S. Department of Agriculture bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Daniel J Dugan
     on behalf of Plaintiff Spector Gadon Rosen Vinci P.C. ddugan@sgrvlaw.com nabrams@lawsgr.com

| Name | Description |
|---|---|
| David A Scott | on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com |
| David William Raphael | on behalf of Creditor Northwest Bank raphaeld@fnb-corp.com |
| Eric James Filer | on behalf of Attorney Eric Filer efiler@uslawcenter.com ecf@uslawcenter.com;filer.ericb130234@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com |
| Justin L McCall | on behalf of Creditor Northwest Bank jmccall@lenderlaw.com kpenn@lenderlaw.com;pjaquish@lenderlaw.com |
| Justin P. Schantz | on behalf of Debtor 1 Mark T. Hazelton jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com |
| Justin P. Schantz | on behalf of Debtor 2 Sarah R. Hazelton jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Mitchell A. Sommers | on behalf of Defendant Sarah R. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| Mitchell A. Sommers | on behalf of Defendant Mark T. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Mark T. Hazelton
dba Hazel−Rod Farms EIN 20−8370821

**Debtor 1**

Sarah R. Hazelton

**Debtor 2**

Chapter: 12

Case number: 4:19−bk−01537−MJC

Document Number: 132

Matter: Motion to to Confirm Rejection of the USDA−NRCS Equip Contract

United States of America, Natural Resources Conservation Service, U.S. Department of Agriculture
**Movant(s)**

vs.

Sarah R. Hazelton
Mark T. Hazelton dba Hazel−Rod Farms and Kara Katherine Gendron
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on April 12, 2019.

A hearing on the above referenced matter has been rescheduled for:

| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 9/7/23**  **Time: 11:00 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  197 S Main St, Wilkes−Barre, PA 18701 OR  1501 N. 6th Street, Harrisburg, PA 17102  570−831−2500/717−901−2800 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 1, 2023 |

nthrgreq(02/19)