In re:  Case No. 19-01537-MJC
Mark T. Hazelton  Chapter 12
Sarah R. Hazelton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4  User: AutoDocke  Page 1 of 2
Date Rcvd: Oct 27, 2023  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2023:**

**Recip ID**    **Recipient Name and Address**
    + Rebecca A. Solarz, Esquire, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**
    ##+    Mitchell A. Sommers, Esq., Three West Main Street, Ephrata, PA 17522-2010

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2023    Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2023 at the address(es) listed below:

**Name**    **Email Address**
Angela Sheffler Abreu
    on behalf of Creditor Northwest Bank angela.abreu@northwest.com Angela.Abreu@northwest.com

Beth L Slaby
    on behalf of Creditor Northwest Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com

Brian Nicholas
    on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture

Brian Nicholas
    bnicholas@kmllawgroup.com
    on behalf of Creditor United States of America Natural Resources Conservation Service, U.S. Department of Agriculture bnicholas@kmllawgroup.com

Brian C Nicholas
    on behalf of Creditor United States of America Natural Resources Conservation Service, U.S. Department of Agriculture bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Daniel J Dugan
    on behalf of Plaintiff Spector Gadon Rosen Vinci P.C. ddugan@sgrvlaw.com nabrams@lawsgr.com

David A Scott
    on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com

David William Raphael
    on behalf of Creditor Northwest Bank raphaeld@fnb-corp.com

Eric James Filer
    on behalf of Attorney Eric Filer efiler@uslawcenter.com ecf@uslawcenter.com;filer.ericb130234@notify.bestcase.com

James Warmbrodt
    on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com

Justin L McCall
    on behalf of Creditor Northwest Bank jmccall@lenderlaw.com kpenn@lenderlaw.com;pjaquish@lenderlaw.com

Justin P. Schantz
    on behalf of Debtor 1 Mark T. Hazelton jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com

Justin P. Schantz
    on behalf of Debtor 2 Sarah R. Hazelton jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com

Kara Katherine Gendron
    karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com

Mitchell A. Sommers
    on behalf of Defendant Sarah R. Hazelton sommersesq@aol.com kjober@dejazzd.com

Mitchell A. Sommers
    on behalf of Defendant Mark T. Hazelton sommersesq@aol.com kjober@dejazzd.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sarah R. Hazelton<br>Mark T. Hazelton dba Hazel-Rod Farms<br>Debtor(s) | CHAPTER 12 |
| United States of America, acting through the Natural Resources Conservation Service, U.S. Department of Agriculture<br>Moving Party<br>vs. | CASE NO. 4:19-01537-MJC |
| Sarah R. Hazelton<br>Mark T. Hazelton dba Hazel-Rod Farms<br>Debtor(s)<br>Kara Katherine Gendron<br>Trustee | ORDER APPROVING CONSENT ORDER |

## ORDER APPROVING CONSENT ORDER

Upon consideration of the Consent Order filed at Dkt. # 156 in the above captioned case, it is hereby

**ORDERED** that the Consent Order is **APPROVED**; and it is further

**ORDERED** that the 4th Amended Chapter 12 Plan filed on October 9, 2020 and the December 4, 2020 Order Confirming the 4th Amended Chapter 12 Plan are hereby amended as follows:

Section 3(A) is hereby amended to read The Chapter 12 Trustee shall not make any further disbursements to Mitchell A. Sommers. Counsel, Justin Schantz, Esq. of David A. Colecchia and Associates, 324 South Maple Ave., Greensburg, PA 15601-3219, will be paid $100.00 monthly compensation for legal fees. Attorney's fees will not exceed $5,000.00 unless by Court Order. Attorney Sommers agrees to the recovery of fees up to the amount previously distributed to him in the Plan, in a manner agreed to by the parties.

Section 5(B) is hereby amended to read September 14, 2017 EQIP Contract between Natural Resource Conservation Service and Mark and Sarah Hazelton shall be cancelled by mutual consent of the parties.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 27, 2023