United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01537-MJC |
| Mark T. Hazelton | Chapter 12 |
| Sarah R. Hazelton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 22, 2024 | Form ID: ntrevtfr | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark T. Hazelton, Sarah R. Hazelton, 339 Seymour Hill Road, Mansfield, PA 16933-8958 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank angela.abreu@northwest.com Angela.Abreu@northwest.com |
| Daniel J Dugan | on behalf of Plaintiff Spector Gadon Rosen Vinci P.C. ddugan@sgrvlaw.com nabrams@lawsgr.com |
| David A Scott | on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com |
| David William Raphael | on behalf of Creditor Northwest Bank raphaeld@fnb-corp.com |
| Elizabeth L. Slaby | on behalf of Creditor Northwest Bank bslaby@lenderlaw.com mcupec@grenenbirsic.com |
| Eric James Filer | on behalf of Attorney Eric Filer efiler@uslawcenter.com ecf@uslawcenter.com;filer.ericb130234@notify.bestcase.com |

James Warmbrodt
    on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com

Justin L McCall
    on behalf of Creditor Northwest Bank jmccall@lenderlaw.com kpenn@lenderlaw.com;pjaquish@lenderlaw.com

Justin P. Schantz
    on behalf of Debtor 1 Mark T. Hazelton jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com

Justin P. Schantz
    on behalf of Debtor 2 Sarah R. Hazelton jschantz@my-lawyers.us colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com

Kara Katherine Gendron
    karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com

Michael Patrick Farrington
    on behalf of Creditor United States of America Natural Resources Conservation Service, U.S. Department of Agriculture mfarrington@kmllawgroup.com

Mitchell A. Sommers
    on behalf of Defendant Mark T. Hazelton sommersesq@aol.com kjober@dejazzd.com

Mitchell A. Sommers
    on behalf of Defendant Sarah R. Hazelton sommersesq@aol.com kjober@dejazzd.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Mark T. Hazelton, <br> dba Hazel−Rod Farms EIN 20−8370821, | Chapter 12 |
| **Debtor 1** | Case No. 4:19−bk−01537−MJC |
| Sarah R. Hazelton, | |
| **Debtor 2** | |

## Notice

Notice to both Debtors:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−6 a discharge will not be entered for both Debtors unless a Certification in Support of Discharge is filed. Only Certifications filed on or after the date plan payments were completed are valid, certifications filed before that date must be refiled.

| **Address of the Bankruptcy Clerk's Office:** <br> 197 S Main St, Wilkes−Barre, PA 18701 <br> 570−831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 22, 2024 |

ntrevtfr(04/18)