United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Mark T. Hazelton  
Sarah R. Hazelton  
    Debtors

Case No. 19-01537-MJC  
Chapter 12

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3  
Date Rcvd: May 29, 2024      Form ID: pdf010      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark T. Hazelton, Sarah R. Hazelton, 339 Seymour Hill Road, Mansfield, PA 16933-8958 |
| aty | + | Preston D. Jaquish, McGrath McCall P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue Pittsburgh, PA 15222-1225 |
| 5184901 | | CNH Productivity, PO Box 780004, Phoenix, AZ 85062-8004 |
| 5184903 | + | Farm Service Agency, 50 Plaza Lane, Wellsboro, PA 16901-1766 |
| 5200790 | + | Geisinger Health System, 100 North Academy Ave, Danville, PA 17822-0001 |
| 5184904 | | Geisinger Holy Spirit, PO Box 983034, Boston, MA 02298-3034 |
| 5184906 | | Jackon Sieglebaum Gastro, PO Box 45755, Baltimore, MD 21297-5755 |
| 5213047 | + | Johan Ashrafzadeh-Kian, 1635 Market St., 7th Fl., Philadelphia, PA 19103-2223 |
| 5184907 | + | Johan Ashrafzadeh-Kian, Esquire, 1635 Market Street, 7th Floor, Philadelphia, PA 19103-2223 |
| 5184909 | + | Joseph Orso, 339 Market Street, Williamsport, PA 17701-6329 |
| 5184910 | | Keystone Collects, PO Box 549, Irwin, PA 15642-0549 |
| 5280737 | | Northwest Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 5184913 | + | Paul Jackson, 8367 Old State Road, Troy, PA 16947-9446 |
| 5184914 | + | Spector Gadon & Rosen, PC, 1635 Market Street, 7th Floor, Philadelphia, PA 19103-2290 |
| 5213048 | + | Spector Gadon Rosen Vinci P.C., 1635 Market St., 7th Fl., Philadelphia, PA 19103-2290 |
| 5184915 | + | USDA-NRCS, 50 Plaza Lane, Wellsboro, PA 16901-1766 |
| 5184917 | + | WOC Energy, 44 Reuter Blvd., Towanda, PA 18848-2153 |
| 5184916 | | West Shore Anesthesia LTD, PO Box 947, Chambersburg, PA 17201-0947 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5184896 | | Email/Text: ally@ebn.phinsolutions.com | May 29 2024 18:38:00 | Ally Auto, PO Box 9001951, Louisville, KY 40290-1951 |
| 5207127 | | Email/Text: ally@ebn.phinsolutions.com | May 29 2024 18:38:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5184897 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 29 2024 18:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5206496 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 29 2024 18:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5184899 | + | Email/Text: nafaxhrbk@cnhind.com | May 29 2024 18:38:00 | CNH Industrial Capital, PO Box 71264, Philadelphia, PA 19176-6264 |
| 5184900 | | Email/Text: nafaxhrbk@cnhind.com | May 29 2024 18:38:00 | CNH Industrial Retail Accounts, PO Box 71264, Philadelphia, PA 19176-6264 |
| 5184908 | | Email/Text: litbkcourtmail@johndeere.com | May 29 2024 18:38:00 | John Deere Financial, 6400 NW 86th Street, PO Box 6600, Johnston, IA 50131-6600 |
| 5184905 | | Email/Text: prock31@frontiernet.net | May 29 2024 18:38:00 | H. Rockwell Son, Inc., 430 Troy Street, PO Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 197, Canton, PA 17724 |
| 5184898 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2024 18:43:59 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 5196593 | + | Email/Text: BKRMailOps@weltman.com | May 29 2024 18:38:00 | John Deere Financial, c/o Weltman, Weinberg & Reis Co. LPA, P.O. Box 93784, Cleveland, OH 44101-5784 |
| 5466311 | + | Email/Text: BKRMailOps@weltman.com | May 29 2024 18:38:00 | John Deere Financial, f.s.b. f/k/a FPC Financial,, f.s.b., c/o Weltman, Weinberg and Reis Co., LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 5280736 | + | Email/Text: heather.mauro@northwest.com | May 29 2024 18:38:00 | Northwest Bank, 100 Liberty Street, Warren, PA 16365-2497 |
| 5305813 | + | Email/Text: heather.mauro@northwest.com | May 29 2024 18:38:00 | Northwest Bank, c/o Elizabeth L. Slaby, Esquire, 100 Liberty Street, Warren, PA 16365-2497 |
| 5198551 | + | Email/Text: heather.mauro@northwest.com | May 29 2024 18:38:00 | Northwest Bank, f/k/a Northwest Savings Bank, P.O. Box 337, Warren, PA 16365-0337 |
| 5184911 | + | Email/Text: heather.mauro@northwest.com | May 29 2024 18:38:00 | Northwest Savings Banks, 100 Liberty Street, Warren, PA 16365-2497 |
| 5184912 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 18:38:00 | PA Department of Revenue, Bankruptcy Department, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5187504 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5219528 | + | Email/Text: Bankruptcy@keystonecollects.com | May 29 2024 18:38:00 | Southern Tioga School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5219529 | + | Email/Text: Bankruptcy@keystonecollects.com | May 29 2024 18:38:00 | Sullivan Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Northwest Bank, 100 Liberty Street, Warren, PA 16365-2497 |
| aty | ##+ | Eric Filer, William G Schwab and Associates, 811 Blakeslee Blvd Drive East, PO Box 56, Lehighton, PA 18235-0056 |
| 5184902 | ## | Community LifeTeam Inc., White Rose Ambulance Services, 54 North Harrison Street, York, PA 17403-1224 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2024　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank angela.abreu@northwest.com Angela.Abreu@northwest.com |
| Daniel J Dugan | on behalf of Plaintiff Spector Gadon Rosen Vinci P.C. ddugan@sgrvlaw.com nabrams@lawsgr.com |
| David A Scott | on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com |
| David William Raphael | on behalf of Creditor Northwest Bank raphaeld@fnb-corp.com |
| Elizabeth L. Slaby | on behalf of Creditor Northwest Bank bslaby@lenderlaw.com mcupec@grenenbirsic.com |
| Eric James Filer | on behalf of Attorney Eric Filer efiler@uslawcenter.com ecf@uslawcenter.com;filer.ericb130234@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com |
| Justin L McCall | on behalf of Creditor Northwest Bank jmccall@lenderlaw.com kpenn@lenderlaw.com;pjaquish@lenderlaw.com |
| Justin P. Schantz | on behalf of Debtor 2 Sarah R. Hazelton jschantz@my-lawyers.us colecchia542@comcast.net;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com |
| Justin P. Schantz | on behalf of Debtor 1 Mark T. Hazelton jschantz@my-lawyers.us colecchia542@comcast.net;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Michael Patrick Farrington | on behalf of Creditor United States of America Natural Resources Conservation Service, U.S. Department of Agriculture mfarrington@kmllawgroup.com |
| Mitchell A. Sommers | on behalf of Defendant Sarah R. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| Mitchell A. Sommers | on behalf of Defendant Mark T. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mark T. Hazelton<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–8817<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Sarah R. Hazelton<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–1666<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:19–bk–01537–MJC | |

## Order of Discharge           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1228(a) is granted to:

Mark T. Hazelton
dba Hazel–Rod Farms EIN 20–8370821

Sarah R. Hazelton

**By the court:**

_/s/ Mark J. Conway_

5/24/24

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 12 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 12 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

  **For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1222(b)(5) or (b)(9) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 12 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180F  **Chapter 12 Discharge**  page 2