United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-01537-MJC |
| Mark T. Hazelton | Chapter 12 |
| Sarah R. Hazelton | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 25, 2024 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark T. Hazelton, Sarah R. Hazelton, 339 Seymour Hill Road, Mansfield, PA 16933-8958 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Sheffler Abreu | on behalf of Creditor Northwest Bank angela.abreu@northwest.com Angela.Abreu@northwest.com |
| Daniel J Dugan | on behalf of Plaintiff Spector Gadon Rosen Vinci P.C. ddugan@sgrvlaw.com nabrams@lawsgr.com |
| David A Scott | on behalf of Creditor CNH Industrial Capital America LLC scott@lg-law.com |
| David William Raphael | on behalf of Creditor Northwest Bank raphaeld@fnb-corp.com |
| Denise E. Carlon | on behalf of Creditor United States of America Natural Resources Conservation Service, U.S. Department of Agriculture bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Slaby | |

| | |
|---|---|
| | on behalf of Creditor Northwest Bank bslaby@lenderlaw.com mcupec@grenenbirsic.com |
| Eric James Filer | |
| | on behalf of Attorney Eric Filer efiler@uslawcenter.com ecf@uslawcenter.com;filer.ericb130234@notify.bestcase.com |
| James Warmbrodt | |
| | on behalf of Creditor United States of America acting through the Farm Service Agency, U.S. Department of Agriculture bkgroup@kmllawgroup.com |
| Justin L McCall | |
| | on behalf of Creditor Northwest Bank jmccall@lenderlaw.com kpenn@lenderlaw.com;pjaquish@lenderlaw.com |
| Justin P. Schantz | |
| | on behalf of Debtor 2 Sarah R. Hazelton jschantz@my-lawyers.us colecchia542@comcast.net;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com |
| Justin P. Schantz | |
| | on behalf of Debtor 1 Mark T. Hazelton jschantz@my-lawyers.us colecchia542@comcast.net;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com |
| Kara Katherine Gendron | |
| | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Mitchell A. Sommers | |
| | on behalf of Defendant Mark T. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| Mitchell A. Sommers | |
| | on behalf of Defendant Sarah R. Hazelton sommersesq@aol.com kjober@dejazzd.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Mark T. Hazelton,<br>dba Hazel-Rod Farms EIN 20-8370821, | Chapter 12 |
| **Debtor 1** | Case No. 4:19-bk-01537-MJC |
| Sarah R. Hazelton, | |
| **Debtor 2** | |

Social Security No.:
      xxx-xx-8817      xxx-xx-1666

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Kara Katherine Gendron**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 12 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 25, 2024

**fnldec** (01/22)